IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01374-LTB-MJW

OSIEL RODRIGUEZ,

Plaintiff,

v.

GENERAL COUNSEL FOR THE FEDERAL BUREAU OF PRISONS,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      Before the court is a letter (which has been construed as a motion) from plaintiff dated April 8, 2009 (Docket No. 30), in which he asks for the status of a petition for writ of habeas corpus that supposedly was transferred to this court from the Eastern District of California.

      It is hereby ORDERED that plaintiff's motion for status (Docket No. 30) is granted to the extent that plaintiff is advised of the following. Upon a search of the plaintiff's name into the court's database, this court has not found any other action pending in this district in which plaintiff is either a plaintiff or a habeas petitioner. This case was commenced in June 2008 and is set for a Scheduling Conference on May 20, 2009, at 9:00 a.m.

Date: May 4, 2009