IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01374-LTB-MJW

OSIEL RODRIGUEZ,

Plaintiff,

v.

GENERAL COUNSEL FOR THE FEDERAL BUREAU OF PRISONS,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Motion for Order to Relieve the Parties from the Requirement to File a Proposed Scheduling Order (docket no. 37) is GRANTED finding good cause shown.  The parties are not required, at this time, to file a proposed Scheduling Order.  The Rule 16 Scheduling Conference set on May 20, 2009, at 9:00 a.m. before Magistrate Judge Watanabe will be converted to Status Conference Hearing.

Date:  May 8, 2009