IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-01374- BNB-MJW | Date: August 13, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

OSIEL RODRIGUEZ,                                         Pro se by telephone

        Plaintiff(s),

v.

GENERAL COUNSEL BUREAU OF PRISON'S,        William Pharo
(actually named as General Counsel, for the
Federal Bureau of Prisons)

        Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     1:54 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:  Motion requesting leave to administer depositions via written questions pursuant to Fed.R.Civ.P. Rule 31(a) filed July 1, 2009; Doc 48 is denied as stated on the record.**

Court in Recess     2:00 p.m.     Hearing concluded.     Total time in Court:     00:06

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.