IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01374-BNB-MJW

OSIEL RODRIGUEZ,

Plaintiff,

v.

GENERAL COUNSEL FOR THE FEDERAL BUREAU OF PRISONS,

Defendant.

_____

## ORDER
_____

This matter arises on the plaintiff's **Motion Requesting Leave to Administer Deposition Via Written Questions Pursuant to Fed.R.Civ.P. Rule 31(a)** [Doc. #48, filed 07/01/2009] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated by reference. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

Dated August 13, 2009.

                                                  BY THE COURT:

                                                  s/ Boyd N. Boland
                                                  United States Magistrate Judge