IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01374-BNB-MJW

OSIEL RODRIGUEZ,

Plaintiff,

v.

GENERAL COUNSEL FOR THE FEDERAL BUREAU OF PRISONS,

Defendant.

_____

**ORDER**
_____

This matter arises on the parties' **Stipulated Motion to Dismiss** [Doc. # 66, filed 11/12/2009].

IT IS ORDERED that the Stipulated Motion to Dismiss is GRANTED, and this action is DISMISSED WITH PREJUDICE.

Dated November 12, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge