IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01374-BNB-MJW

OSIEL RODRIGUEZ,

Plaintiff,

v.

GENERAL COUNSEL FOR THE FEDERAL BUREAU OF PRISONS,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's letter motion regarding disbursement of settlement proceeds (Docket No. 68) is granted.  Accordingly, the Clerk of Court is directed to refund the payment(s) plaintiff has made toward the filing fee in this action to Jose R. Hernandez, 3005 W. Leroy St., Tampa, FL 33607.

Date: December 7, 2009